## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION

| | |
|---|---|
| **GERALD FORSBURG,** )<br>    **Plaintiff,** )<br>  )<br>v. )<br>  )<br>**WELLS FARGO & CO., et al.,** )<br>    **Defendants.** ) | Civil Action No. 5:20cv46<br><br>By:   Michael F. Urbanski<br>Chief United States District Judge |

### ORDER

Upon consideration of the Motion for Pro Hac Vice Admission of Andrew D. Atkins, filed by attorneys for defendant Wells Fargo Bank, N.A. and Wells Fargo & Co. (collectively "Wells Fargo"), ECF No. 42, and finding it proper so to do, the Court **ORDERS** that, pursuant to the requirements of Local Rule 6(d) of the United States District Court for the Western District of Virginia, Andrew D. Atkins is specially admitted to appear and participate in the above-captioned matter.

It is so **ORDERED**.

ENTERED:   October 26, 2020

Michael F. Urbanski
Chief U.S. District Judge
2020.10.26 10:32:36
-04'00'

Michael F. Urbanski
Chief United States District Judge