IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| **GERALD FORSBURG,** | Civil Action No. 5:20cv46 |
| Plaintiff, | |
| | By:   Michael F. Urbanski |
| v. | Chief United States District Judge |
| | |
| **WELLS FARGO & CO., <u>et al.</u>,** | |
| Defendants. | |

## ORDER

Upon consideration of the Motion for <u>Pro Hac Vice</u> Admission of Amy Pritchard Williams, filed by attorneys for defendant Wells Fargo Bank, N.A. and Wells Fargo & Co. (collectively "Wells Fargo"), ECF No. 44, and finding it proper so to do, the Court **ORDERS** that, pursuant to the requirements of Local Rule 6(d) of the United States District Court for the Western District of Virginia, Amy Pritchard Williams is specially admitted to appear and participate in the above-captioned matter.

It is so **ORDERED**.

ENTERED:   October 26, 2020

Michael F. Urbanski
Chief U.S. District Judge
2020.10.26 10:31:39 -04'00'

Michael F. Urbanski
Chief United States District Judge