IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| GERALD FORSBURG, DOCTOR, LUIS CASTRO, MARISOL CASTRO, AND BARBARA PRADO ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO & CO., <br><br> AND <br><br> WELLS FARGO BANK, N.A., <br><br> Defendants. | CAUSE NO. 5:20-CV-00046 |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

THIS CAUSE, having come before the Court upon the Plaintiff's Motion to Appear *Pro Hac Vice* of Abelardo Limon, Jr., and Plaintiff having shown good cause, the Court finds that the motion should be GRANTED. It is therefore

ADJUDGED that Abelardo Limon, Jr. is allowed to make *pro hac vice* appearance before this Court as co-counsel on behalf of Plaintiffs, Gerald Forsburg, Jenna Doctor, Luis Castro, Marisol Castro, and Barbara Prado.

It is SO ORDERED.

ENTERED: October 26, 2020

Michael F. Urbanski
Chief U.S. District Judge
2020.10.26 11:03:29 -04'00'

Michael F. Urbanski
Chief United States District Judge